FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JOSEPH KOPPENSTEIN,

     Plaintiff,

  v.

STATE OF WASHINGTON,

     Defendant.

No. 4:20-cv-05055-SMJ

**ORDER GRANTING
STIPULATION ON TRANSFER
OF VENUE**

   Before the Court, without oral argument, is the parties' Stipulation and Order on Transfer of Venue to the United States District Court for the Western District of Washington at Tacoma, ECF No. 8. Pursuant to 28 U.S.C. § 1404(a), the parties move the Court to transfer this case to the Western District of Washington. The Court finds that the interests of the parties and the Court in the efficient administration of justice warrant transfer to the United States District Court for the Western District of Washington, where venue is proper.

   Accordingly, **IT IS HEREBY ORDERED**:

   **1.**  The parties' Stipulation and Order on Transfer of Venue to the United States District Court for the Western District of Washington at Tacoma, **ECF No. 8**, is **GRANTED**.

ORDER GRANTING STIPULATION ON TRANSFER OF VENUE – 1

1    **2.**      This matter is **TRANSFERRED** to United States District Court for

2    the Western District of Washington.

3    **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

4  provide copies to all counsel, transfer this case to the United States District Court

5  for the Western District of Washington, and close this file.

6    **DATED** this 15th day of April 2020.

7    _____

8    SALVADOR MENDOZA, JR.
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

ORDER GRANTING STIPULATION ON TRANSFER OF VENUE – 2